IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED

JAN 27 2016

ROCHELLE A PAPURT, AS PERSONAL
REPRESENTATIVE OF THE ESTATE OF
JEROMEY IAN BELL, A/K/A JEROME
IAN BELL, DECEASED

v.  C.A. NO. 15-2523

NORTHAMPTON COUNTY
DEPARTMENT OF CORRECTIONS, et al.

## ORDER

AND NOW this 27th day of January, 2016, it is ORDERED that upon consideration of defendant PrimeCare Medical Service's motion to dismiss and all responses and replies thereto, that the motion [Doc. 15] is GRANTED in part and DENIED in part.

It is further ORDERED that Count VIII of the Amended Complaint is DISMISSED with prejudice.

BY THE COURT:

JEFFREY L. SCHMEHL, J.