IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROCHELLE A. PAPURT, AS PERSONAL
REPRESENTATIVE OF THE ESTATE OF
JEROMEY IAN BELL, A/K/A JEROME
IAN BELL, DECEASED

     v.                                       C.A. NO. 15-2523

NORTHAMPTON COUNTY
DEPARTMENT OF CORRECTIONS, et al.

## ORDER

AND NOW this 14th day of February, 2017, it is ORDERED that upon consideration of defendant PrimeCare Medical Service's motion to dismiss for lack of subject matter jurisdiction and all responses and replies thereto, the motion [Doc. 77] is DENIED.

It is further ORDERED that the two remaining counts in this action (Counts VII and XXI) are REMANDED to the Court of Common Pleas of Northampton County.

It is further ORDERED that the Clerk shall mark this case closed.

                                              BY THE COURT:

                                              **/s/ Jeffrey L. Schmehl**
                                              JEFFREY L. SCHMEHL, J.